DONNA JO WOJTASIK et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 95722.) [771 NYS2d 409]—Appeal and cross appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered February 7, 2003. The order denied defendant's motion for summary judgment dismissing the claim and claimants' cross motion for partial summary judgment on liability.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Pine, J.P., Wisner, Scudder, Kehoe and Hayes, JJ.